Law Offices
**CHILD & MARTON LLP**
Bradford T. Child, State Bar No. 96350
btchild@childmarton.com
1055 West 7th Street, 33rd Floor Penthouse
Los Angeles, California 90017-2795
Telephone No.: (213) 627-3113 Facsimile No.: (213) 623-9237

Attorneys for Defendants,
CLEAN SWEEP SUPPLY COMPANY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KIMBERLY-CLARK GLOBAL SALES, LLC.<br><br>            Plaintiff,<br><br>    vs.<br><br>CLEAN SWEEP SUPPLY COMPANY, INC.<br><br>            Defendant. | Case No. 2:18-cv-01829-AG-PJW<br>[Assigned to Hon. Andrew J. Guilford, Courtroom 10-D]<br><br>**ANSWER TO PLAINTIFF'S COMPLAINT OF DEFENDANT, CLEAN SWEEP SUPPLY COMPANY, INC. AND DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:  March 5, 2018 |

**TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:**

**COMES NOW** Defendants, CLEAN SWEEP SUPPLY COMPANY, INC., hereby answer the unverified Complaint of Plaintiff, KIMBERLY-CLARK GLOBAL SALES, LLC. as follows:

1.      Defendant admits the allegations of paragraphs 3, 6, 7, 8, 23, 24, 26, 27, 30, 35, 36, 41 and 48 of the unverified Complaint.

/ / /

2. Defendant is presently without sufficient information regarding the truth or falsity of the allegations of paragraphs 2, 4, 5, 14, 15, 16, 17, 38 and 50, and therefore defendant denies each allegation contained therein.

3. Defendant denies the allegations of paragraphs 1, 9, 10, 11, 12, 13, 18, 19, 20, 21, 22, 28, 29, 31, 32, 33, 34, 37, 39, 40, 42, 43, 44, 45, 46, 47, 49, 51, 52, 53 and 54.

### FIRST AFFIRMATIVE DEFENSE

4. Defendant alleges that each cause of action contained in the Complaint fails to state a cause of action against this answering defendant.

### SECOND AFFIRMATIVE DEFENSE

5. Defendant alleges that each cause of action against this answering defendant is barred by the fact that plaintiff lacks standing to assert each cause of action alleged in the complaint.

### THIRD AFFIRMATIVE DEFENSE

6. Defendant alleges that each cause of action relating to this answering defendant is barred by the statute of limitations including, but not limited to C.C.P. Sections 337, 344 and 360.

### FOURTH AFFIRMATIVE DEFENSE

7. Defendant alleges that each cause of action against this answering defendant is barred by the lack of, and failure of consideration.

### FIFTH AFFIRMATIVE DEFENSE

8. Defendant alleges that each cause of action against this answering defendant is barred by fraud, misrepresentation, and unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

9. Defendant alleges that each cause of action against this answering defendant is barred by impracticality and frustration of purpose.

///

///

### SEVENTH AFFIRMATIVE DEFENSE

10. Defendant alleges that each cause of action against this answering defendant is barred and/or offset by plaintiff's breach of its obligations under the contracts that are the subject matter of the complaint.

### EIGHTH AFFIRMATIVE DEFENSE

11. Defendant alleges that any and all damages alleged by plaintiff are subject to set-off by the claims of defendant against the plaintiff herein.

### NINTH AFFIRMATIVE DEFENSE

12. Defendant alleges that each cause of action against this answering defendant is barred by waiver, release and/or discharge.

### TENTH AFFIRMATIVE DEFENSE

13. Defendant alleges that each cause of action against this answering defendant is barred by accord and satisfaction.

### ELEVENTH AFFIRMATIVE DEFENSE

14. Defendant alleges that each cause of action against this answering defendant is barred and/or offset by plaintiff's violations of public policy, illegality, and violation of federal and California anti-trust statutes and case law, including the Section 1 of the Sherman Act and the Cartwright Act.

### TWELFTH AFFIRMATIVE DEFENSE

15. Defendant alleges that each cause of action against this answering defendant is barred because the contract is unconscionable.

### THIRTEENTH AFFIRMATIVE DEFENSE

16. Defendant alleges that each cause of action against this answering defendant is barred and/or offset by plaintiff's conduct in violation of Cal. Bus. & Prof. Code §16720 et seq.

///

///

///

**WHEREFORE**, defendants pray for judgment as follows:

1. That plaintiffs take nothing by its complaint;

2. That defendants be awarded their costs of suit, including attorney's fees pursuant to contract; and

3. For such other and further relief as the court deems just and proper.

DATED:  April 30, 2018            **CHILD & MARTON LLP**


By: /s/BRADFORD T. CHILD
    Bradford T. Child,
Attorneys for Defendant, CLEAN SWEEP SUPPLY COMPANY, INC.

**DEMAND FOR JURY TRIAL**

**PLEASE TAKE NOTICE** that Defendant, CLEAN SWEEP SUPPLY COMPANY, INC. and its attorneys, Child & Marton LLP, demand a trial by jury.

DATED: April 30, 2018          **CHILD & MARTON LLP**


By: /s/BRADFORD T. CHILD
    Bradford T. Child,
Attorneys for Defendant, CLEAN SWEEP SUPPLY COMPANY, INC.

# PROOF OF SERVICE

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party of the within action; my business address is 1055 West 7th Street, 33rd Floor Penthouse, Los Angeles, California 90017-2795.

On **April 30, 2018**, I served the foregoing document described as:

**ANSWER TO PLAINTIFF'S COMPLAINT OF DEFENDANT, CLEAN SWEEP SUPPLY COMPANY, INC. AND DEMAND FOR JURY TRIAL**

on the interested parties in this action by: placing / X_/ a true copy /__/ the original of the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed set forth below:

**SEE ATTACHED SERVICE LIST**

[✔] **MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[✔] **ELECTRONIC MAIL -** I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the above-listed CM/ECF registrants.

[ ] **BY OVERNIGHT MAIL SERVICE:** *(VIA FEDERAL EXPRESS)* I caused such envelope to be delivered to the offices of the addressee(s). Said envelope was deposited in or with a facility regularly maintained by Federal Express with delivery fees paid or provided for.

[] **STATE** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[✔] **FEDERAL** - I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on this **30th** day of **April, 2018**, at Los Angeles, California.

                    /S/  EMMA AREVALO
                    Emma Arevalo

# SERVICE LIST

| | |
|---|---|
| Stuart W. Rice, Esq.<br>Anne Redcross Beehler, Esq.<br>**BRYAN CAVE LLP**<br>3161 Michelson Drive, Ste. 1500<br>Irvine, CA  92612<br>**Telephone No.:    (949) 223-7000**<br>**Email:anneredcross.beehler@bryancave.com** | **Attorneys for Plaintiff,**<br>**KIMBERLY-CLARK**<br>**GLOBAL SALES, LLC.** |
| Christopher P. Galanek, Esq.<br>Aiten M. McPherson, Esq.<br>**BRYAN CAVE LLP**<br>One Atlantic Center, 14th Fl.<br>1201 W. Peachtree St., N.W.<br>Atlanta, GA  30309<br>**Telephone No.:    (404) 572-6600**<br>**Email:Christopher.Galanek@bryancave.com**<br>**Aiten.McPherson@bryancave.com** | **Attorneys for Plaintiff,**<br>**KIMBERLY-CLARK**<br>**GLOBAL SALES, LLC.**<br><br>*Pro Hac Vice to be applied for* |

Z:\Client Directories\Kimberly Clark~GEN9261\Pleadings\Answer.docx