Robert A. Merring, Attorney at Law  State Bar No. 77429
3489 Windsor Court
Costa Mesa, CA 92626
(714) 444=9922
rmerring@merringADR.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly-Clark Global Sales LLC <br><br> v. <br><br> Clean Sweep Supply Company, Inc. <br><br> Plaintiff(s) / Defendant(s). | CASE NUMBER: <br><br> 2:18-cv-AG-PJW <br><br> **NOTICE OF MEDIATION DATE** |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for  September 18, 2018   at  10:00   ☒ a.m. / ☐ p.m.

**LOCATION:**  Bryan Cave Leighton Paisner LLP, 3161 Michelson Dr., # 1500, Irvine, CA 92618

> The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:** September 7, 2018

**Panel Mediator:** Robert A. Merring
**Address:** 3489 Windsor Court
Costa Mesa, CA 92626

**Phone:** (714) 444-9922